**Motions Granted; Appeals Reinstated, and Order filed June 5, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00976-CV
NO. 14-11-00980-CV
_____

**HERITAGE GULF COAST PROPERTIES, INC. and SUMER S. PINGLIA,**
Appellants/Cross-Appellees

**V.**

**SANDALWOOD APARTMENTS, INC., JAIKISHIN S. BHAGIA,**
and NANIK S. BHAGIA, Appellees/Cross-Appellants

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2008-64342**

# O R D E R

Appellants/cross-appellees. Heritage Gulf Coast Properties, Inc. and Sumer S. Pinglia, filed motions to disqualify Kevin D. Jewell, Allison C. Williams, and the firm of Chamberlain, Hrdlicka, White, Williams & Aughtry, counsel for Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia. Appellees/cross-appellants filed a response in opposition to the motions.

Because it appeared to this court that there were disputed issues of fact that required an evidentiary hearing, we abated the appeals and remanded the cause to the trial court for a hearing and ruling on the motions. The trial court conducted the hearing on April 9, 2012. On April 13, 2012, the trial court signed an order granting the motions to disqualify counsel for Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia. The trial court also made findings of fact and conclusions of law. A record from the hearing was filed on May 8, 2012. On May 30, 2012, a supplemental clerk's record containing the trial court's findings, the order granting the motion, and other documents related to the disqualification motion was filed.

Accordingly, we order the appeals **REINSTATED.** The motions to disqualify counsel for Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia filed in this court are **GRANTED** pursuant to the trial court's ruling.

Appellants' briefs on behalf of the Heritage appellants and the Sandalwood appellants shall be due on or before **July 6, 2012.**

PER CURIAM